# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00020-CR

**Howard Leslie Harrison, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT NO. 7409, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for the State has advised the Court of appellant's death, enclosing a copy of the notice of death.  The appeal is permanently abated.  Tex. R. App. P. 7.1(a)(2).

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Permanently Abated

Filed:   October 7, 2004

Do Not Publish